UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN RESOP,

    Plaintiff,

v.                                                          Case No. 09-12548
                                                        Hon. Lawrence P. Zatkoff

COMMISSIONER OF
SOCIAL SECURITY

    Defendant.
_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter comes before the Court on Magistrate Judge Scheer's Report and Recommendation [dkt 15], in which the Magistrate Judge recommends that the Court deny Plaintiff's motion for summary judgment [dkt 10] and grant Defendant's motion for summary judgment [dkt 13]. Neither party has filed an objection to the Report and Recommendation, and the time period in which to do so has elapsed.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for summary judgment [dkt 10] is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment [dkt 13] is GRANTED.

IT IS SO ORDERED.

                                          S/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Dated: February 17, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 17, 2010.

                                          S/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290